# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SILVARIS CORPORATION ) <br> d/b/a LOWGRADELUMBER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. )    CIVIL ACTION NO. 1:21-cv-332-TFM-N <br> ) <br> JOSEPH CRAIG, *et al.*, ) <br> ) <br> Defendants. ) | |

## ORDER

On August 7, 2023, the parties filed an *Agreed Order of Dismissal With Prejudice*. Doc. 68. The parties' agreed order is drafted in the form of a proposed order. *Id.* The agreed order states the parties have reached a final settlement of this matter, have executed a final settlement and release agreement that resolves all of the claims and counterclaims, and agree the claims and counterclaims in this matter are due to be dismissed with prejudice. *Id*.

The parties filed a notice of settlement with the Court on June 27, 2023. Doc. 64. The Court ordered the parties to file their dismissal paperwork pursuant to Fed. R. Civ. P. 41(a) or a status report indicating a projected timeline for completion of the settlement process, and the parties filed their agreed order on the final day of their extended deadline to comply. Docs. 65, 67.

The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss an action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). A request to dismiss an action requires a court order and

dismissal by terms that the Court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2). The agreed order is signed by counsel for all of the parties in this matter. Doc. 61.

While the parties' agreed order is not styled as a stipulation, the Court finds it conforms to the requirements of a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and will be construed as such.[1] Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice, with costs taxed as paid.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 8th day of August 2023.

 s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] To the extent the agreed order cannot be construed as a stipulation of dismissal, the Court considers it a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), which is **GRANTED**.